FILED
U.S. ... OURT
... A
2008 MAR -5  P 4: 14

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MILDRED MITCHELL

VERSUS

BAYER CORPORATION

CIVIL ACTION

NO. 07-212-C

# JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the Motion for Summary Judgment filed on behalf of defendant is hereby GRANTED, and this action is hereby DISMISSED for lack of subject matter jurisdiction.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, March 5, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA